IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

RECEIVED
2005 OCT -5  A 10: 33

Ms. Diane Baker
Plaintiff(s),

v.

Charles M Ingrum
Defendant(s).

3:05CV945-T
CIVIL ACTION NO. 05-80448

Jury Trial demanded

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 50 Rosenwald Heights Tuskegee, Alabama 36083  727-9457

2. Name and address of defendant(s): Charles M Ingrum P O Box 142 Opelika, Alabama 36803 (334) 745-4648

3. Place of alleged violation of civil rights: Office Attorney Charles Ingrum P O Box 142 Opelika, Alabama 36803

4. Date of alleged violation of civil rights: January 10, 2005

5. State the facts on which you base your allegation that your constitutional rights have been violated: When filing Bankruptcy on January 10, 2005 and I placed my application I explained that I only receive Social Security disability. Secretary write down all your creditors. I received my check March 3, 2005 I took it to the Region Bank. I told Mr Ingrum I have my check in the bank for your filing fee $1,209.00 I returned on March 14, 2005. Not understanding Bankruptcy laws Mr Ingrum could have stop the Bankruptcy right then. I only receive $737.00 Social Security how could bring him a thousand and 209.00 My Bankruptcy could have been stopped or change from chapter 7 to 13. He then calculated my debts stated I only owe my creditors $10,000.00 He stated the Trustee want $10,000.00 you got two weeks. I went everywhere no-one would help because I was in Bankruptcy. I went to Title Cash he stated he could only give me $9,000.00 Mr Tipton stated it to late he want both of your cars.

6.  Relief requested: Since I only owe my creditor $10,000.00 What's wrong with taking the $9,000.00 and give me a little time to bring back the other $1,000.00 I been suffering for the past 6 years and the government Dept of Labor has awarded me a settle of a little money to help me and my family. Congressman Mike Rogers and Ms Debby McBride spoke with me and Mr Ingrum telling us both my check was in the mail coming and I told Mr Ingrum when I put the check in the bank to busy rushing me and getting in other clients.

Date: 10-05-05

Jury trial demanded

Ms Diane Baker
Plaintiff(s) Signature