In The United States District Court For The Middle District Of Alabama Eastern Division

2005 NOV 14  A 9: 42

Diane Baker,
    Plaintiff,
V

Civil Action NO 3:05 cv 945-T
(WO)

Charles M. Ingrum,
    Defendant.

### Request For Reimbursement due to Unethical Unprofessional Legal Assistant:

On January 10, 2005 , I Mrs. Diane Baker had an appointment with Attorney Charles M. Ingrum. While their seeking assistance with Bankruptcy I were not knowledge of the different steps for filing. Mr. Ingrum didn't explained them to me. I was asked what kind of income I had. At the time I were only receiving Social Security. Mr. Ingrum asked who were helping me? I told him Congressman Mike Rogers in Washington D. C. his Office Manager Ms. Deborah McBride. I asked do you want speak with her. After speaking he placed her on speaker phone. She stated my settlement was on the way. Two months later I received it. I called schedule appointment to see Mr. Ingrum I asked how much was my filing fee he stated $ 1,209.00. My check was in the Bank to give me a little time to get back to him. That was time for him to stop me. Everything changed I had options to stop the Bankruptcy or go from Chapter 7 to 13. My credit was not that bad I was paying my debts working to jobs had only two children. I didn't credit card no furniture bills. If I owed any money it might be about $ 5,000.00 not greater. He and his secretary was laughing because I didn't know I wasn't suppose to purchase anything for (5) five years people calling harassing you threaten to repo your vehicle foreclose your home. I been an honest person all my life and I know that I been treated unethical and unprofessional. Mr. Ingrum and his secretary stated I owe the Medicare Office.

While they were laughing if he looked and saw Medicare/Blue Cross Blue Shield was my insurance company. Most of the debtors is medical from my injuries I sustained June 29, 1999. Job related I been confined to my home over the past five years in out of he hospital for Surgeries. I was unable to go out make more debt. Mr. Ingrum and his Secretary Ms. Misty Walls has been yelling, fussing, and beating on his desk. I been treated unconstitutional unfair and definitely an unethical.

In fact, no client should have to be subjection to any unfair unethical and unprofessional treatment. Again, I never filed Bankruptcy before I was unknowledgeable of the steps

and procedures. I had to get another Attorney to rectify these matters. I am requesting Attorney Ingrum to pay back the sum of $ 2, 200.00  By law he took an Oath to treat everyone the same. I have several witness who can testify to the actions. Honorable Chief United States Magistrate Judge Charles S. Coody.

Done this 9th day November, 2005.

                                                            *Mrs Diane Baker*
                                                            Mrs. Diane Baker